UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:13-CR-00024-FL

FILED IN OPEN COURT
ON 4-18-2013
Julie A. Richards
US District Court
Eastern District

UNITED STATES OF AMERICA :
:
V. : ORDER TO SEAL CASE
:
DEJUAN FRAZIER :

Upon motion of the United States, it is hereby ORDERED that the Criminal Indictment in the above-captioned case, filed on April 9, 2013 be sealed.

It is FURTHER ORDERED that all court records, including the Criminal Indictment, in the above-captioned case, notices and calendars, the instant Motion to Seal, and this Order also be sealed by the Clerk until further order by this Court.

This the 18 day of April, 2013.

_____
HON. ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE