IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO: 4:13-CR-24-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DEJUAN FRAZIER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court with regard to Defendant's liberty status pending sentencing. At Defendant's arraignment, following his plea of guilty, pursuant to a plea agreement, to an offense arising under 21 U.S.C. § 841(a)(1), the parties addressed the issue of detention of Defendant pursuant to the provisions of 18 U.S.C. § 3143(a). After hearing argument from counsel and accepting a proffer from the United States Probation Office, and after consideration of Defendant's release status report, the court finds that: (1) exceptions to mandatory detention under 18 U.S.C. § 3143(a)(2)(A)(i) & (ii) do not apply, and (2) Defendant has failed to clearly show that there are exceptional reasons his detention is not appropriate under 18 U.S.C. § 3145(c). *See United States v. Peoples*, No. 1:11cr14, 2012 WL 380256, at *2-3 (W.D.N.C. Feb. 6, 2012).

Accordingly, it is ORDERED that Defendant be detained pursuant to 18 U.S.C. § 3143(a)(2) pending sentencing.

So ordered, the 10th day of December 2013.

Robert B. Jones, Jr.
United States Magistrate Judge